IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT CHAPMAN,
    Petitioner,

vs.                                     Case No. 3:08cv5/LAC/EMT

WALTER A. McNEIL,[1]
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's motion to dismiss the habeas petition as untimely (Doc. 7).  Before the court rules on this motion, Petitioner shall be given an opportunity to respond.

Accordingly, it is **ORDERED**:

1.     The clerk of court is directed to change the docket to reflect that Walter McNeil is substituted for James McDonough as Respondent.

2.     Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

**DONE AND ORDERED** this 13th day of March 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

---

[1] Walter A. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).